**FOR GOVERNMENT USE** U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DATE CLAIM RECEIVED:

FILED | SEP 25 2013

CLAIM TIMELY FILED? **WILLIAM W. BLEVINS CLERK**

# SEIZED ASSET CLAIM FORM

313-2013-011-0001
313-2013-010 0002       313 2013 0
                        0003

NAME: Darway & Calvin Thibodaux

ADDRESS: 29145 Neil Dr.
Bogalusa La

TELEPHONE NO. (985 516 4258
(985 750 2461

Seizure No.: Je 313-777-372295
Case No.: 5-313-777372295
City & State of Seizure: Covington La

USAO ue: 9/25/13

13-5566 B

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. 2013 Nissan Altima Vin #1N4AL3AP1DN478
2. 2001 Chevy Silverado Vin 2GCEC19T311359395       57
3. 2012 Kubota Tractor with Parker trailer
4. 313-2013-017 0001 20,800
5. _____
6. _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

St. Tammany Sheriff office took our car, truck, tractor, and other stuff. Mr. Sidney Dobronich Notorized us to have these items. I took care of this man for 2½ yrs. The money you give back to Mr. Sidney Dobronich. He gave me that money 100,000 to put in Calvins Checking account until the checks came in from the bank. The day of seizure, the checks came in. Also. Here is a sworn affidate copy of hand written will All legally Notorized. Mr. Sidneys nophews oersude the case never came around

100,000

**PART I (continued)**

7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

**PART II (continued)**

The Sheriff office never recieved a check from Berryland Campers for 20,800. We have a check from Berryland for 19,000. Yes we do want that back that was from my arrears for child support.

_____

_____

**PART III**

*ATTESTATION AND OATH*

**I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.**

Calvin R. Thibodaux JR

Darney Thibodaux

**Name (Print)**

John R Utley JR.

Nancy Thibodaux

**Signature**

Sept 22 2013

**Date**

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

We got charged with exploitation of the infirmed but I have proof he was fully compentent from his V.A. doctor and his R.N. Nurse in the hospital. Exploitation is the illegal or improper use or management of an aged person's or disabled adult funds assets or property. Without the express voluntary consent of the resident or the consent of a legally authorized representative of an Incompentent Resident. He was not Incompent He told me you saw my lil girl I'm willing (Mr. Sidney) everything to you. No one takes care of me like you do. And you know what sad he wants to be home and the nephews wont let him. I wish I could help him come home. My grand children love paw paw sidney and so do we. the police took our titles and everything we had. They still have our stuff they even too my husbands tools and lawn mower and nova that we purchased with our money. And I was power of attorney. I sure would appreciate if we can get our stuff back asap. This has really inconvinced us in work and supporting my children. thank you

Daney Thibodaux

| | FOR GOVERNMENT AGENCY USE ONLY |
|---|---|
| | DATE CLAIM RECEIVED: |
| | _____ |
| | CLAIM TIMELY FILED?  Y ☐  N ☐ |

## SEIZED ASSET CLAIM FORM

NAME: Darnay & Calvin Chiabrancie Jr

ADDRESS: 29115 Neil Dr

Disalusa, la 70427

TELEPHONE NO. (985) 516 4258

CK5 750 2461

Seizure No.: 313-2013-011-0001
313 2013 011 0002
313 2013 011 0003

Case No.: 5-313-7737 2295

City & State of Seizure: Covington la

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. 2013 Nissan Altima Vin 1N4AL3AP1DN478757
2. 2001 Chevy Silverado Vin 2GCEC19T311359395
3. 2012 Kubota Tractor with Parker trailer
4. 313 2013 011 0001 20,800
5. _____
6. _____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

St. Tammany sheriff took our car, truck tractor and atu store. Mr. Sidney Dobranich notorized us to have those Items. I took care of this man for 2½ yrs. The money 100,000 you can give back to Sidney Dobranich. He gave me that money to put in Calvins bank account until the checks came in from the bank. The day of the seizure the checks came in from the bank. Here is a sworn attfudale copy of hand written will All legally done notorized. Mr. Sidney keeper's prosidute the case and never came to see them at

**PART I (continued)**

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

**PART II (continued)**

The Sheriffs office (STPSO) Never Issued
a check from Berryland Campers for 20,800.
We have a check from them for 19,000. yes
we do want that back that was from my
arrears for back child support

**PART III**

**ATTESTATION AND OATH**

I attest and declare under penalty of perjury that my claim to this property is not frivolous and
that the information provided in support of my claim is true and correct, to the best of my
knowledge and belief.

Calvin R Thibodaux Jr

Darnau Thibodaux
**Name (Print)**

_Signature_

Sept 22 2013
**Date**

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION
UNDER 18 U.S.C. §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE
AND UP TO FIVE YEARS IMPRISONMENT.*

We got charged with exploratation of the infirmed (not convicted) but I have proof he was fully compentent from his V.A. doctor. and his R.N. Nurse in the hospital as I wrote on the previous page I will want you to read that. also they never took his clothes from his home all his favorite clothes he doesnt have. They dress him like a bum. He's lost 20 or more pounds since I've had him. I have pictures the poor man wants to be home. I promised him he would never go to a nursing home. He told the Notary and myself he was scared of his nephew. I wish I could do something to help him I know he was so happy when I had him. He doesnt eat like he should they dont get his haircut and I'm telling you he's a strong and determind man. Thats why he wrote the Affuadate and I promised him I'd fight for him. It all come's down to the Newplews who arent his legal heirs got pissed becouse they were excluded from his assets. And If his assets are so important to them they can have his money just let me bring the man home and let me have my vechicles. And tractor so my husband can work.

Kimmey Schlumber

March 27, 2013

## Affidavit

State of Louisiana
Parish of St. Tammany

Before me, Rebecca D. Crawford, Notary Public, personally appeared:

Sidney Dobronich

who being first duly sworn, states that

1) He does not want to press charges against Calvin And/or Darnay Thibodaux for acting on his behalf with a power of Attorney he executed in the presents of a Notary Public And two witnesses;

2) Anything purchased was with his consent and were authorized with his full knowledge;

3) Items such as, a Kubota Tractor, 4-Wheeler, 2001 Chevy PK, a 2013 Nissan Altima, & property(s), were purchased with my knowledge; The money came from my account;

Witness:
John W. Harrell

Christffer Thibodaux

Sidney Dobronich - Affiant

Sworn to, and subscribed Before me Notary & 2 witnesses present this 27th day of march, 2013.

Rebecca D. Crawford - Life Commission

# Power of Attorney Frequently Asked Questions

to members of the Principal's family, if the Principal so authorizes in the Power of Attorney. The Principal can also customize a Power of Attorney to permit the Agent to make gifts to non-family members.

**Can a Power of Attorney grant an Agent the authority to make medical decisions for the Principal?**
No. In some states, the proper legal instrument for delegating health-care decisions to another is called a Health Care Proxy. Neither in most states does a durable power of attorney for finances give your agent legal authority to make medical decisions. In most states, you'll also want to write out your wishes in a living will, which will tell your doctors your preferences about certain kinds of medical treatment and life-sustaining procedures if you can't communicate your wishes. If your living will is properly prepared, your doctors are legally bound to respect your wishes.

**Once I sign a Power of Attorney, may I continue to make legal and financial decisions for myself?**
Yes. The Agent named in a Power of Attorney is only your representative. As long as you are capable to make decisions, you can instruct your Agent to do only those things that you want done.

Top page      Previous Page

Top page      Previous Page

---

PLEASE INSPECT: Your Personalization, Your Financial Institution Name, and Your Account Number.

SIDNEY J DOBRONICH          03-11
DARNAY THIBODAUX POA
29127 NELL DRIVE
BOGALUSA, LA 70427



DM   B    21 1303011 628600 05 01   of   1
BBN
PADS #4

**"Our goal is to provide complete satisfaction!**
If you have questions about your order, please
contact *ServiceLine Plus* at **1-800-355-8123**.
**Call Anytime!** 24 hours a day, 7 days a week.
For other questions, contact your financial
Institution.

PLEASE INSPECT: Your Personalization,
Your Financial Institution Name, and
Your Account Number.

Our liability is limited to the replacement
of documents incorrectly printed.

STOP

14

628600

⑈06 5000090⑈56 2  ⑉9  0 5 5 7 4⑈⑈'

Patient: [PatientName] [(SSN)]   Procedure, Title: [ProcedureList]



## VA Medical Center New Orleans

ᴇLU**4078**

| | |
|---|---|
| **VA** Department of Veterans Affairs | **Consent For Clinical Treatment/Procedure** |

### A. IDENTIFICATION

**1. Patient name, Social Security Number, and Date of Birth:**
DOBRONICH, SIDNEY JOSEPH
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
MAY 03, 1927

**2. Decision-making capacity:**
The patient HAS decision-making capacity.

**3. Name of the treatment(s)/procedure(s):**
OPIOID MEDICATION USE AGREEMENT

**4. Part of the body on which the treatment/procedure will be performed:** (Correct site includes the correct side [i.e., left or right] and the precise anatomical part, such as a specific finger. DO NOT ABBREVIATE.)
   - See description of treatment/procedure.

**5. Practitioner obtaining consent:**
Mcmanus,Lawrence (PHYSICIAN)

**6. Supervising practitioner:** (if applicable)

**7. Additional practitioner(s) performing or supervising the treatment/procedure:** (if not listed above)

### B. INFORMATION ABOUT THE TREATMENT/PROCEDURE

**8. Reason for treatment/procedure (diagnosis, condition, or indication):**
pain meds

**9. Brief description of the treatment/procedure:**
pain meds In order to use opioid for long-standing chronic pain, I agree to the following terms:

1.  I will receive all opioid pain medications from the provider(s) listed on this agreement. I will not accept other opioid medications from other providers (except in

Patient: [PatientName] [(SSN)]   Procedure, Title: [ProcedureList]

2013004078



## C. SIGNATURES

### Practitioner obtaining consent:

- All relevant aspects of the treatment and its alternatives (including no treatment) have been discussed with the patient (or surrogate) in language that s/he could understand. This discussion included the nature, indications, benefits, risks, side effects, and likelihood of success of each alternative.
- The patient (or surrogate) demonstrated comprehension of the discussion.
- I have given the patient (or surrogate) an opportunity to ask questions.
- I did not use threats, inducements, misleading information, or make any attempt to coerce the patient/surrogate to consent to this treatment.
- I have offered the patient (or surrogate) the opportunity to review a printed copy of the consent form.

Date/Time: _1-19-13_

Mcmanus,Lawrence (PHYSICIAN)

### Patient or surrogate:

PATIENT OR SURROGATE:
By signing below, I attest to the following:
- Someone has explained this treatment/procedure and what it is for.
- Someone has explained how this treatment/procedure could help me, and things that could go wrong.
- Someone has told me about other treatments or procedures that might be done instead, and what would happen if I have no treatment/procedure.
- Someone has answered all my questions.
- I know that I may refuse or change my mind about having this treatment/procedure.  If I do refuse or change my mind, I will not lose my health care or any other VA benefits.
- I have been offered the opportunity to read the consent form.
- I choose to have this treatment/procedure.

Date/Time: _

DOBRONICH, SIDNEY JOSEPH

### Witnesses:

No witness is required if the patient or surrogate signs their name.  Two witnesses are required only when the patient's signature is indicated with an "X" or some other identifying mark.

# Release of Property to Avoid Substantial Hardship

If you choose to contest the forfeiture and file a Claim of Ownership using the Seized Asset Claim Form as set forth above, you may be entitled to immediate release of the seized property if:

1. You have a possessory interest in the property;
2. You have sufficient ties to the community to provide assurance that the property will be available at the time of the trial;
3. You show that the continued possession by the Government pending the final disposition of forfeiture proceedings will cause you substantial hardship;
4. You show that your likely hardship from the continued possession by the Government of the seized property outweighs the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to you during the pendency of the proceedings;
5. The property is not contraband, evidence of a violation of a law, currency, or currency, or other monetary instrument, or electronic funds unless such other monetary instrument or electronic funds constitutes the assets of a business that has been seized;
6. The property is not, by reason of design or other characteristic, particularly suited for use in illegal activities;
7. The property is not likely to be used to commit additional criminal acts if returned to you.

A claimant seeking release of property must file a request for Possession of the Property with the Deputy Assistant Director of the USSS's Office of Investigations at the address indicated below.   A request for Possession of the Property must set forth the basis on which the requirements listed above are met.

2013-11468"F"

# FILED

MAR 28 2013

MALISE PRIETO, CLERK
Deputy    GRETCHEN H. MOSS

---

POWER OF ATTORNEY

BY:    SIDNEY JOSEPH DOBRONICH

TO:    FOREST DOBRONICH AND
       GEORGE DOBRONICH

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BE IT KNOWN that on this __28th__ day of __March__ , 2013 before me, Peggy G. Vallejo, a Notary Public duly commissioned and qualified in and for aforesaid parish and state, and in the presence of the undersigned witnesses, personally came and appeared:

SIDNEY JOSEPH DOBRONICH, whose social security number is XXX-XX-7845, and who is a person of the full age of majority, resident of and domiciled in the Parish of St. Tammany, State of Louisiana, whose present address is 29127 Nell Drive, Bogalusa, Louisiana 70427, hereinafter referred to as "PRINCIPAL";

who declared that he hereby designates:

FOREST DOBRONICH, whose social security number is XXX-XX-3541 and who is a person of the full age of majority, resident of and domiciled in the Hancock County, State of Mississippi, whose present address is 9832 Pokai Way, Diamondhead, Mississippi 39525, hereinafter referred to as "AGENT"; and

GEORGE DOBRONICH, whose social security number is XXX-XX-2541, and who is a person of the full age of majority, resident of and domiciled in the Pearl River County, State of Mississippi, whose present address is 328 Millbrook Parkway, Picayune, Mississippi 39466, hereinafter referred to as "AGENT";

to be PRINCIPAL's mandatary agent and attorney-in-fact, granting to the said AGENT full authority to act for PRINCIPAL in the conduct of all of PRINCIPAL's affairs, the mandate granted herein to include, but not be limited to, full authority to:

(1)    Open and answer all correspondence;

(2)    Deposit in and withdraw from any banks or financial institutions any and all funds, notes, certificates and financial instruments for account of PRINCIPAL;

(3)    Make and endorse promissory notes and other evidence of indebtedness in PRINCIPAL's name, and to draw, endorse and accept checks and bills of exchange;

(4)    Borrow money on the notes or other obligations of PRINCIPAL, such to be executed on PRINCIPAL's behalf by AGENT;

(5)    Buy, accept, or receive by donation, any type of property or rights of PRINCIPAL;

1



(6)     Sell, quitclaim, donate, partition, exchange, compromise, mortgage, assign, lease, pledge and/or subordinate or release any or all property, interests or rights of any kind owned or to be acquired by PRINCIPAL, including rights in corporeal and incorporeal property, movables and immovables (specifically including all real estate interests owned by PRINCIPAL, wherever located), and to receive and receipt for any sums or rights received thereby;

(7)     Execute, in connection with the sale, quitclaim, donation, partition, exchange, compromise, mortgage, subordination, assignment, lease and/or pledge of property on behalf of PRINCIPAL, any documents or agreements necessary to accomplish the foregoing, containing such terms as AGENT in AGENT's sole discretion deems advisable, including security clauses and confession of judgment;

(8)     Grant oil, gas and mineral leases on any property in which PRINCIPAL has an interest and execute all agreements in which PRINCIPAL may be interested by virtue of such ownership, including division orders, pooling agreements, unitization agreements, servitude agreements and compromises;

(9)     Act for PRINCIPAL at any creditors' meetings held under the provisions of Title 11 of the United States Code;

(10)    Attend any stockholders' meeting in which PRINCIPAL is interested and vote any stock of PRINCIPAL, or grant proxies for such in favor of others;

(11)    Sue in PRINCIPAL's name and on PRINCIPAL's behalf as well as be sued on behalf of PRINCIPAL, including the right to appear before all courts of law on PRINCIPAL's behalf for all purposes, and further to compromise or refer to arbitration any claims (whether asserted judicially or not) for or against PRINCIPAL, and to make transaction in matters of litigation;

(12)    Extend or waive prescription on any obligations due to PRINCIPAL;

(13)    Represent PRINCIPAL judicially or otherwise, whether as heir, legatee, creditor, executor, administrator or otherwise, in all successions or estates in which PRINCIPAL may be or become interested, including any acceptance or renunciation thereof and demand, obtain and execute all orders and decrees as AGENT may deem proper therein; to settle, compromise and liquidate PRINCIPAL's interest therein; and to receive and receipt for all property to which PRINCIPAL may be entitled in such successions or estates;

(14)    Sign and file any and all Federal, State and local tax returns on PRINCIPAL's behalf and represent PRINCIPAL in any connection therewith;

(15)    Employ, on PRINCIPAL's behalf, any legal, financial, accounting, geological or other assistance to reasonably protect PRINCIPAL's interests and rights; or

(16)  Make health care decisions on PRINCIPAL's behalf, including decisions related to surgery, medical expenses, nursing home residency, or medication.

It is the intent of PRINCIPAL in executing this mandate that said AGENT shall be empowered to act for PRINCIPAL in any and all matters, without reservation of any kind and to the fullest extent allowed by law, as completely as if PRINCIPAL were acting for herself and that said AGENT shall have full power of substitution herein and power of revocation of said substitution. PRINCIPAL further declares that he hereby revokes any and all prior Power of Attorney.

**THUS SIGNED ON** the date indicated above at Covington, Louisiana, in the presence of the undersigned Notary Public, qualified in said State and Parish, and the undersigned competent witnesses, who have signed with the parties after due reading of the whole.

**WITNESSES:**

_Vicki M. Wilson_
Vicki M. Wilson

_Sidney J. Dobronich_
**SIDNEY JOSEPH DOBRONICH,**
**Principal**

_Leo R. Hemelt, Jr._
Leo R. Hemelt, Jr.

D.A

_Forest Dobronich_
**FOREST DOBRONICH, Agent**

_George Dobronich_
**GEORGE DOBRONICH, Agent**

_Ginger S. Vallejo_  Attorney married
**PEGGY G. VALLEJO**   to D.A.
**NOTARY PUBLIC, No. 26539**
**My Commission Expires at Death**

Now if my affinadate is Illegal how can this be legal. They did this with the P.O.A. in the hospital and the D.A. was one of the witness so if you read what a P.O.A. can do (s) on Page 1. Buy, accept or recieve tax donation, any type of property or rights of Principal.

# WILL QUESTIONAIRE

*[handwritten notes in margin: "POA to DARNAY 60 110.00"]*

YOUR FULL NAME (including maiden name, if applicable)

_SIDNEY JOSEPH DOBRONICH_

ADDRESS: _29127 NELL DR._

_BOGALUSA LA 70427_

*[handwritten notes in margin: "Sent orig to Dr Montgomery at his office on 7-3-13 copies July 16-13 dated 7-3-13 TO HIM" "Room 202 South" "St Darnany Hospital"]*

SPOUSES FULL NAME (including maiden, if applicable)

_DESEASED_

HAVE YOU EVER BEEN MARRIED? _2 Tmes_

IF CURRENTLY STILL MARRIED, LIST SPOUSES FULL NAME

_NONE._

LIST EX-SPOUSES FULL NAMES/HOW MARRIAGE ENDED/and
WHAT PARISH YOU WERE DIVORCED IN.
(By divorce/deceased)-please list on the back of this page.

DO YOU HAVE ANY CHILDREN? _No_

LIST ALL CHILDREN'S FULL NAMES/DATE OF BIRTH WHICH
MARRIAGE EACH CHILD CAME FROM.
(please list on the back)

ARE ANY OF YOUR CHILDREN ADOPTED?

_NONE_        _985-750-2461_

PHONE # TO REACH YOU FOR APPOINTMENT _886-6067_ or

WHO DO YOU WANT OT HANDLE YOUR AFFAIRS FOR YOU? (please list
name, and relaionship to you.)

_DARNAY THIBODAUX THIBODAUX_

IF THIS PERSON PRE-DECEASES YOU, WHO DO YOU WANT TO
HANDLE YOUR AFFAIRS? _CALVIN THIBODAUX JR._

WHO DO YOU WANT ALL OF YOUR PROPERTY TO GO TO?

_CALVIN + DARNAY THIBODAUX_

IF THIS PERSON PRE-DECEASES YOU, THEN YOU WANT EVERYTHING
TO GO TO _CHRISTOPHER THIBODAUX_

ANY SPECIFIC REQUEST? TO WHOM? (Please list on back)

*[handwritten notes: "TRUE COPY OF ORIGINAL Joseph Dobtay #11792"]*

MOLLY SMITH - DIED

VENICE TALLEY - DIED

No Kids

LPL INVESTMENTS

SAFETY DEPOSIT BOX
CITIZEN ST. BANK

TO DARNAY THIBODAUX
ALL PROPERTY
ACCOUNTS.

## *Last Will And Testament*

**Pearl River, Louisiana**
February 14, 2013

I, **SIDNEY JOSEPH DOBRONICH**, being of sound mind and disposing memory and realizing the uncertainties of life, do hereby make and constitute this my Last will and Testament. I revoke all Wills and Codicils that I have made heretofore.

### FAMILY HISTORY

I have been married but twice; first to **Molly Smith** who is deceased and second to **Venice Talley** who is deceased, and that I am single having not remarried.

Of my marriage to **Molly Smith**, no children were born. Of my marriage to **Venice Talley**, no children were born.

I have no other children whatsoever, illegitimate or otherwise and I have never adopted any person (s), nor was I ever adopted by anyone.

### EXECUTOR/EXECUTRIX

I hereby appoint, **Darnay Thibodaux**, as executrix for my succession and estate. In the event she is unwilling or unable to serve or to continue to serve, I appoint **Calvin Thibodaux Jr.**, as executor to serve. My executor/executrix is to serve with full seizin and without bond.

### LEGACY OF DISPOSABLE PORTION

First, I request that all my just debts be paid. I then bequeath to **Calvin Thibodaux Jr.** and **Darnay Thibodaux**, all property of which I die possessed. This property shall include movable, immovable, separate, and inherited property. In the event that they predecease me, I then bequeath to **Christopher Thibodaux**, all property of which I die possessed.

### SPECIFIC BEQUESTS: I hereby make the following specific bequests.

1) **Darnay Thibodaux** shall receive all property accounts, including but not limited to, LPL Investments and Safety deposit box at Citizen St. Bank.

### UNIVERSAL LEGACY OF REST, RESIDUE AND REMAINDER

I bequeath the rest, residue and remainder of my property, not above disposed of, to Darnay Thibodeaux.

SIDNEY JOSEPH DOBRONICH
TESTATOR
Page 1 of 2
February 14 2013

LPL #2893 6334

DURABLE PROCURATION
BY: SIDNEY JOSEPH
DOBRONICH                         UNITED STATES OF AMERICA

                                  STATE OF LOUISIANA

IN FAVOR OF:                      PARISH OF ST. TAMMANY
DARNAY THIBODAUX

BE IT KNOWN that on this 14th day of the month of February, in the
year of Our Lord: Two Thousand Thirteen (2013),

BEFORE ME, REBECCA D. CRAWFORD, a duly commissioned and
qualified Notary Public in and for the Parish and State aforesaid, and the
undersigned competent witnesses, in whose presence this act is passed and
executed this day in my office, PERSONALLY CAME AND APPEARED:
SIDNEY JOSEPH DOBRONICH, 29127 Nell Drive, Bogalusa, LA.
70427, a person of the age of majority, residing at the above address, who
declares that:

Appearer hereby names, deputes, constitutes, and appoints:
DARNAY THIBODAUX, 29145 Nell Drive, Bogalusa, LA  70427 his
agent and attorney in fact, general and special, of appearer, with full power and
authority for and in the name and behalf of appearer, to conduct, manage and
transact all of appearer's business, and concerns, of every nature or kind, without
exception, in any and all parishes of the State of Louisiana and elsewhere.

Specifically, but without limitation of the foregoing, said attorney has full
power and authority hereunder, in the name and on behalf of appearer, from time
to time, to: open and answer all correspondence addressed to appearer; make and
endorse promissory notes; draw, endorse, and accept drafts, bills of exchange, and
acceptances; make checks and withdraw money from any bank and any money
deposited anywhere; deposit drafts, bills of exchange, acceptances, promissory
notes, and other obligations for collection in any bank and withdraw the same or
the amount thereof in any manner; borrow money from any banks or other lenders
on appearer's notes or obligations drawn by appearer or by said attorney, or those
of others that may come into the hands of said attorney for appearer's use, and
make other notes or obligations for the renewal of all or any parts thereof; incur
and acknowledge debts; sell and transfer shares of the capital stock of any banks
or other corporate bodies and receive and receipt for dividends thereon; pledge
and pawn shares of the capital stock of any banks or other corporate bodies; attend
meetings of creditors and vote on all matters there submitted; attend meetings of
stockholders of banks or other corporate bodies and vote on all matters there
submitted; become guarantor or surety for any person; sell, exchange, transfer,
convey, grant servitudes upon, and otherwise alienate, and grant options for any of
the foregoing, and mortgage, pledge and pawn, hypothecate, and otherwise affect
and encumber, all or any part of appearer's real and personal estate and
immovable property wherever situated, in any and all parishes of the State of
Louisiana and elsewhere, whether now owned or hereafter acquired, and receive
the consideration therefore and proceeds thereof, on such form and on such terms
and conditions as the lender shall require, any such instrument to contain all
security clauses usual under the laws of Louisiana or any other state, including by
way of example, but not limited to, confession of judgment, waiver of
appraisement, waiver of demand for payment, waiver of homestead exemption
from seizure, and pact de non, alienando; purchase realty and personalty and
immovable and movable property, and undivided interests therein; lease, let, or
hire any realty and immovable property and receive and receipt for the rent and
wages thereof; grant oil, gas, and mineral leases, including pooling leases, for
such terms and stipulating for such bonuses, delay rentals, and royalties as said
attorney may deem best, with respect to any and all of appearer's lands and
interests in lands wherever situated, in any and all parishes of the State of

2013-11784 D1

# FILED

APR 1 7 2013

MALISE PRIETO- CLERK
Deputy GRETCHEN H. MOSS



EXHIBIT

Louisiana and elsewhere, whether now owned or hereafter acquired, and extend, amend, ratify, and acknowledge any such leases whether heretofore or hereafter granted, and so all acts affecting or in connection with the oil, gas, and minerals under such lands or any other lands; accept and renounce successions; partition property and successions; accept donations that have been or may be made; furnish all bonds and do all other acts required by any revenue department or agency, at the customhouse of this district or elsewhere, and do all customhouse business whatsoever; make and file income and other tax returns; appear for and represent appearer before the Treasury Department of the United States of America and The Department of Revenue of the State of Louisiana and any other governmental department in connection with any matter involving income or other taxes to which appearer is a party and do everything whatsoever requisite and necessary in the premises, receive funds, waive any statute of limitations and any prescription, and close or otherwise settle any tax liability; receive and attend to all shipments or consignments of produce, goods, wares, or merchandise, either for appearer's account and risk or that of others, and pursue the instructions of the owners, shippers, or others interested therein relative thereto; receive and acknowledge notices of protest of bills, drafts, acceptances, promissory notes, and other instruments; act for and be the substitute of appearer in all cases wherein appearer may be appointed the agent or attorney of others; ask, demand, have, take, and by all lawful ways and means recover and receive of and from anyone, whether now or hereafter having custody or possession thereof or otherwise, such sums of money, goods, debts, property, and effects whatsoever, due, owing, coming, or belonging to appearer, whether by bond, bill, note, book debt, account, consignment, inheritance, bequest, conventional or prescriptive title, or otherwise, and to that end, adjust and settle all accounts and, upon recovery and receipt in the premises, give acquittances; acknowledge the ownership by any persons whomsoever of, and disclaim any interest in any personality and movable property and realty and immovable property wherever situated, in any and all parishes of the State of Louisiana and elsewhere; receive service of process directed to appearer in any action or proceeding in the State of Louisiana or elsewhere and appear before all courts of law and equity and other tribunals, administrative and other governmental agencies and departments, there to conduct all litigation and other proceedings and do, prosecute, and defend, as occasion shall require, and apply for and obtain attachments, sequestrations, injunctions, other writs, and appeals, give the requisite security, and sign the necessary bonds; retain attorneys at law and pay their fees; compromise, compound, and agree in any matter, whether in litigation or otherwise, by submission to arbitration or otherwise, as said attorney shall deem best; ratify and confirm any act theretofore done by or on behalf of appearers, with respect to any matters of the character enumerated above or any others; all of the foregoing may be done in such manner and on such terms and conditions as said attorney may deem best; for the full accomplishment of the aforesaid, whether generally or specially provided, express or implied, to make, sign, and execute in appearer's name such instruments, documents, and acts, whether of agreement, contract, sale, exchange, dation en paiement, partition, lease, mortgage, pledge, release, compromise, covenant, deed suretyship, renunciation, waiver, ratification, acknowledgment, disclaimer, pooling agreement, rental division order, employment, or otherwise, as said attorney deems necessary, and bind appearer thereby as firmly as if the same were appearer's own proper acts and deeds; and generally to do every other act whether or not enumerated above that said attorney may deem necessary or proper, relating to the affairs, interests, and property of appearer, with the same validity as if it were herein particularly stated or as appearer could do if personally present.

Said attorney, also has full power of substitution and revocation.

This procuration gives Darnay Thibodaux express authority to make health care decisions, such as surgery, medical expenses, nursing home residency and medication as well as medical decisions on my behalf, even if I become incapacitated, whether mentally or physically.

Appearer hereby ratifies and confirms and agrees to ratify and confirm whatsoever said attorney shall lawfully do or cause to be done by virtue hereof.

This procuration and general and special power of attorney and mandate shall remain in full force and effect until expressly revoked by appearer, and it does not constitute a revocation of any prior appointment by appearer of any other agent and attorney in fact. Any subsequent appointment by appearer of any other agent and attorney in fact shall not constitute a revocation of this procuration and general and special power of attorney and mandate unless expressly provided. Whenever by any other instrument, whether prior of subsequent hereto or contemporaneous herewith, any other agent and attorney in fact of appearer is granted any or all of the powers herein conferred, each and every agent and attorney in fact of appearer shall have full authority to act alone and independently of any and all others in exercising any and all of the powers granted to him.

Thus done and passed at my office in the place aforesaid, in my presence and in the presence of competent witnesses who have hereunto signed their names with appearer and me, said Notary, after due reading of the whole.

WITNESSES:

_____
Pam Adams

_____
John W. Howell

_____
SIDNEY JOSEPH DOBRONICH
PRINCIPAL

_____
REBECCA D. CRAWFORD
NOTARY PUBLIC #12136

I ACCEPT ALL DUTIES
INCUMBENT UPON ME UNDER
THIS PROCURATION.

_____
DARNAY THIBODAUX
AGENT

# Last Will And Testament

**Pearl River, Louisiana**
February 14, 2013

I, SIDNEY JOSEPH DOBRONICH, being of sound mind and disposing memory and realizing the uncertainties of life, do hereby make and constitute this my Last will and Testament. I revoke all Wills and Codicils that I have made heretofore.

## FAMILY HISTORY

I have been married but twice; first to Molly Smith who is deceased and second to Venice Talley who is deceased, and that I am single having not remarried.
Of my marriage to Molly Smith, no children were born. Of my marriage to Venice Talley, no children were born.
I have no other children whatsoever, illegitimate or otherwise and I have never adopted any person (s), nor was I ever adopted by anyone.

## EXECUTOR/EXECUTRIX

I hereby appoint, **Darnay Thibodaux**, as executrix for my succession and estate. In the event she is unwilling or unable to serve or to continue to serve, I appoint Calvin Thibodaux Jr., as executor to serve. My executor/executrix is to serve with full seizin and without bond.

## LEGACY OF DISPOSABLE PORTION

First, I request that all my just debts be paid. I then bequeath to **Calvin Thibodaux Jr. and Darnay Thibodaux**, all property of which I die possessed. This property shall include movable, immovable, separate, and inherited property, in the event that they predecease me, I then bequeath to Christopher Thibodaux, all property of which I die possessed.

**SPECIFIC BEQUESTS:** I hereby make the following specific bequests.

1) **Darnay Thibodaux** shall receive all property accounts, including but not limited to, LPL Investments and Safety deposit box at Citizen St. Bank.

## UNIVERSAL LEGACY OF REST, RESIDUE AND REMAINDER

I bequeath the rest, residue and remainder of my property, not above disposed of, to Darnay Thibodaux..

*Sidney Joseph Dobronich*
SIDNEY JOSEPH DOBRONICH
TESTATOR
Page 1 of 2
February 14, 2013

2013-11784 "D"

# FILED

APR 17 2013

**MALISE PRIETO- CLERK**
~~Deputy~~ BY GRETCHEN H. MOSS



03/18/2013 9:01 AM FAX  +985  3378          ROMANO

## COLLATION

I relieve any of my heirs from the obligation of collation for any gifts heretofore given by me or any extra portions given by this testament, such donations being intended as extra portions.

## COMMON DISASTER

In the event that I should die with any donee, legatee or heir under this testament in a common disaster or otherwise under such circumstances that there is insufficient evidence that we have died otherwise than simultaneously, such donee, legatee or heir shall be presumed to have predeceased me, thus making me the survivor for the purpose of this Will.

IN WITNESS WHEREOF, I have signed this my last Will and Testament, on each page, in the presence of the witnesses hereinafter named and undersigned.

*Sidney Joseph Dobronich*
SIDNEY JOSEPH DOBRONICH
TESTATOR

SIGNED ON EACH PAGE AND DECLARED BY SIDNEY JOSEPH DOBRONICH, above named in our presence to be his Last Will and Testament, and in the presence of the Testator and each other, we have hereunto subscribed our names on this 14th day of February 2013.

WITNESSES:

*John W. Howell*
Signature of witness

John W. Howell
Printed name of witness

*Pam Adams RN*
Signature of witness

Pam Adams
Printed name of witness

*Sidney Joseph Dobronich*
SIDNEY JOSEPH DOBRONICH
TESTATOR

*Rebecca D. Crawford*
REBECCA D. CRAWFORD
NOTARY PUBLIC #12136
37411 CHARLES ANDERSON
PEARL RIVER LA 70452
(985) 863- 7007

*Sidney Joseph Dobronich*
SIDNEY JOSEPH DOBRONICH
TESTATOR
Page 2 of 2 Pages
February 14 , 2013

Rules of Civil Procedure within 20 days after
filing the verified claim.

5.   ATTORNEYS FOR PLAINTIFF: In addition to filing the
     claim and answer with the Court, same must be
     served upon:

ANDRE J. LAGARDE
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA   70130

*[handwritten: I Copy Goes to this Address]*

**Failure to follow the requirements set forth above may result in
Judgment by Default taken against you for relief demanded in the
Complaint for Forfeiture.   You may wish to seek legal advice to
protect your interests.**

Sincerely,

DANA BOENTE
UNITED STATES ATTORNEY

ANDRE J. LAGARDE
Assistant United States Attorney

AJL/jcr
Enclosure

*[handwritten:]*
2nd copy goes to this Addre
Attn: Clerk USDC
RMC 151
500 poydras st.
New Orleans La 70130