UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5566** |
| **$100,641.06 U.S. CURRENCY,** *et al.* | **SECTION "B"(4)** |

### ORDER

Considering Claimant's two requests for oral argument (Rec. Doc. Nos. 15 and 17),

**IT IS ORDERED** that both requests are **DENIED**, the Court finding oral argument unnecessary at this time.

New Orleans, Louisiana, this 29th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE