UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO.:  13-CV 5566 |
| | * | |
| Versus | * | |
| | * | SECTION: "B" |
| $100,641.06 U.S. CURRENCY, et al; | * | JUDGE:  Ivan Lemelle |
| | * | |
| | * | |
| | * | MAGISTRATE:  3 |
| | * | Magistrate Judge Karen Roby |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL AND IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT**:

Claimants, **Calvin Thibodaux** and **Darnay Thibodaux**, submit this Memorandum in Support of their Motion for Voluntary Dismissal pursuant to FRCP Rule 41(a) in the above captioned matter.  Claimants continue to proclaim their innocence and their legitimate rights to the *in Rem* property herein.  However, due to a string of adverse rulings in various other related state court criminal and civil proceedings, as well as continued attempts by both the State of Louisiana and the Federal Government to prejudice claimants' interests, and the risk of further prejudice to their interests by a potential adverse ruling in the Government's pending Motion for Summary Judgment; Claimants seek to voluntarily dismiss their claims in the above captioned matter.

As this Court is aware, claimants have contested and defended their claims not only in the above captioned matters, but in several related matters as well: *State v. Thibodaux*, 22nd J.D.C., Docket No. 538643, and No. 538643-1, Div "C" ("the Criminal Matter"); *Dobronich v. Thibodaux*, 22nd J.D.C., Docket No. 2013-11784, Div "D", ("the Civil Revocation Proceedings"); *Succession of Dobronich*, 22nd J.D.C., No. 2014-30680, Div "I" ("the Succession Proceedings"). Admittedly, as noted by the Government, claimants pled guilty as charged in the Criminal Matter to violations of La. R.S. 14:93.4, Exploitation of the Infirmed, though claimant, Darnay Thibodaux, has sought to withdraw her plea, to her considerable detriment.

Since their pleas of guilty in the Criminal Matter, claimants have attempted to prosecute and defend their claims in the adjacent proceedings. With varying degrees of intensity, the courts in all other previously pending proceedings have rejected claimants' arguments, largely and understandably due to the impact of their guilty pleas in the Criminal Matter. Of particular relevance here is the judgment in the Civil Revocation Action, rendered on June 15, 2015 which held, in part, that all property subject to this *in Rem* proceeding was the property of George and Forrest Dobronich, as well as several other nieces and nephews of Mr. Sidney Dobronich. **MVD Exs. B and C.**

This Court presides over the lone pending proceeding determining the adjudication of property of the late Mr. Sidney Dobronich and the rightful (or wrongful) disposition thereof. Although claimants herein continue to assert their rightful claim to the *in Rem* defendant property, and their ultimate innocence of any wrongdoing; prudence demands that they be guided by the previous holdings in the adjacent proceedings, the impact of said holdings, and, in

particular, the effects of their guilty pleas in the Criminal Matter. In particular, despite a finding in the June 15, 2015 Judgment holding that all outstanding property was within the possession of the State of Louisiana and the Federal Government, claimants were forced to defend themselves from the State of Louisiana from seeking to obtain additional "restitution" from them in the Criminal Matter. Specifically, On September 21, 2015; the State of Louisiana filed a motion in the Criminal Matter seeking additional restitution from claimants herein. The State was required to withdraw its motion on the basis of the June 15, 2015 Judgment in the Civil Revocation Action. **MVD Ex. D.** Considering these factors, claimants respectfully request that this Court permit them to voluntarily dismiss their claims in this matter, without prejudice.

As such, for the reasons outlined above, claimants herein move that they be permitted under FRCP Rule 41 to voluntarily dismiss their claims in this matter; that the dismissal be without prejudice; and that any such dismissal of claimants' claims not be based upon the arguments of the Government in its Motion for Summary Judgment.

Respectfully submitted,

**CLAIBORNE W. BROWN (25594)**
222 N. Vermont Street, Suite I
Covington, LA  70443
Telephone:  (985) 246-7063
Facsimile:  (985) 246-7075
*cwbrown@cwbrownlaw.com*

3

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on May 23, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
**CLAIBORNE W. BROWN**