UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5566** |
| **CURRENCY** | **SECTION "B"(4)** |

### JUDGMENT

Considering the Court's Order granting Claimants' motion for voluntary dismissal of their claims in the above-captioned matter and the fact that this civil forfeiture action is now uncontested,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff, the United States of America.

New Orleans, Louisiana, this 8th day of June, 2016.


_____
UNITED STATES DISTRICT JUDGE